UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOANNE M. O'CONNOR | ) | |
| V. | ) | C.A. No. 11-388L |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |

### O R D E R

The Report and Recommendation of Magistrate Judge David L. Martin, dated September 28, 2012, recommending that Plaintiff's MOtion to Reverse be granted and that this matter be remanded to the Commissioner for further proceedings consistent with his Report and Recommendation, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:

*/s/ Ronald R. Lagueux*
Ronald R. Lagueux
Senior U.S. District Judge
December 18, 2012