UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |  | |
|---|---|---|---|
| JOANNE M. O'CONNOR | ) | | |
| | ) | | |
| V. | ) | C.A. No. 11-388L | |
| | ) | | |
| CAROLYN W. COLVIN, ACTING | ) | | |
| COMMISSIONER OF SOCIAL SECURITY | ) | | |

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Patricia A. Sullivan, dated March 15, 2013, recommending that Plaintiff's motion for attorney fees be granted to the extent that plaintiff be awarded attorney's fees of $10,907.64 and be denied to the extent that the Motion seeks a greater amount of attorney's fees or seeks the payment of the fee award directly to counsel, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).


ENTER:



/s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
Aril 3, 2013